IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| OLAMIDE OLATAYO BELLO, #65100510 | § § § | |
| VS. | § § | CIVIL CASE NO. 4:24-CV-812-SDJ |
| HOPKINS COUNTY JAIL COMMISSARY, *et al.*, | § § § | |

**ORDER OF DISMISSAL**

The above-entitled and numbered cause of action was referred to United States Magistrate Aileen Durrett, who issued a Report and Recommendation ("the Report") (Dkt. #14) concluding that this civil rights action should be dismissed without prejudice for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b). Plaintiff failed to pay the initial partial filing fee of $128.65 as ordered on November 26, 2024. Plaintiff filed objections to the Report on June 16, 2025, complaining that he did not receive a copy of the order assessing an initial partial filing fee, and asked the court to reconsider his request to proceed *in forma pauperis* with an updated version of his inmate trust account statement (Dkt. #15). On July 28, 2025, Magistrate Judge Durrett entered an order noting that Plaintiff did not provide the court with a current copy of his inmate trust account statement along with his objections and gave Plaintiff an additional 10 days to do so (Dkt. #16). A copy of the order was returned as undeliverable on August 12, 2025 (Dkt. #17). The Clerk of Court re-mailed Plaintiff a copy of the order on August 20, 2025. More than ample time has passed, yet Plaintiff has still failed to provide the court with an updated

copy of his inmate trust account statement. Plaintiff has failed to pay the initial partial filing fee as ordered and has failed to comply with this court's orders.

The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. Having made a *de novo* review of the objections raised by Plaintiff to the Report, and the additional time afforded Plaintiff to comply, the Court concludes that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court.

It is accordingly **ORDERED** that Plaintiff's civil rights action filed pursuant to 42 U.S.C. § 1983 is **DISMISSED** without prejudice under Federal Rule of Civil Procedure 41(b).

It is further **ORDERED** that all motions not previously ruled on are hereby **DENIED**.

**So ORDERED and SIGNED this 14th day of September, 2025.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE